EXHIBIT B



# COACH REAL ESTATE ASSOCIATES, INC.

255 West Main Street, Smithtown, NY 11787 • Telephone: (631) 360-1900 • Fax: (631) 360-0282

June 26, 2017

RE: 868 Bromton Dr., Westbury, NY 11590

To Whom It May Concern:

Attached please find a Broker Price Opinion Market report for the above property reflecting recent sales.

Based on the attached sales it is my professional opinion that the subject property has a value of $554,000 at this time, as reflected in the attached.

Sincerely,

Denise Reinke
Real Estate Assoc Broker
Denise.reinke5@gmail.com
631-523-6372 cell



www.coachrealtors.com





# Comparative Market Analysis

Prepared For

**Margaret Trusch Boyko**

868 Bromtom Dr
Westbury, NY 11590



Prepared By

Denise Reinke
SRES, CBR, CHMS, RELO
Assoc Broker
denise.reinke5@gmail.com
Mobile: (631)523-6372

Coach Real Estate Assoc Inc
255 W Main St
Smithtown, NY 11787
(631)360-1900
www.coachrealtors.com

# Subject Property Details

| | |
|---|---|
| **Location:** | 868 Bromton<br>Westbury, NY 11590<br>School District: East Meadow - 3<br>Development:<br>Section/Area: Salisbury Estates<br>Waterfront: N    Waterview:    Waterfront Desc: |
| **Suggested Price and Taxes:** | Taxes:    Village Taxes:<br>Total Taxes: $16,075.00    Taxes W/Basic Star: |
| **Property Characteristics:** | 1 Family, Det Split<br>Rooms: 7; Bedrooms: 3; MBR 1st: N; Baths Full: 2; Baths Half: 1<br>Dining Room: L-Shaped; Wood Floors: Y; Kitchens: 1; Eat In Kitchen: Y<br>Basement: Part; Finished Basement: N; Garage: 2; Driveway: Pvt<br>Cul-de-sac: N; Heat: Hw; Fuel: Oil; Deck: brck patio;<br>Approximate Year Built: 1955<br>New Construction: N; Construction: Frame/Brck; Appearance: Excellent<br>Lot Size: .15; Adult Community: N;<br>REO: N; Short Sale: N |
| **Comments:** | New roof, new CAC, updated electric, brick paver patio, driveway and walkway and front porch. Original kitchen and baths. |

# Side-by-Side Property Comparison

| | Subject Property | Recently Sold | Recently Sold | Recently Sold |
|---|---|---|---|---|
| ML#: | | 2840511 | 2884294 | 2872176 |
| Address: | 868 Bromton | 1822 Kent St | 765 Regent Dr | 862 Wellington Rd |
| Town: | Westbury | Westbury | Westbury | Westbury |
| Section/Area: | Salisbury Estates | | Salisbury Estates | Salisbury Estates |
| Development: | | Salisbury | | |
| School Dist: | 3 | 3 | 3 | 3 |
| Style: | Split | Split | Split | Split |
| # Fam/Det: | 1 Family, Det | 1 Family, Det | 1 Family, Det | 1 Family, Det |
| Rooms | 7 | 7 | 7 | 7 |
| Bedrooms: | 3 | 3 | 3 | 3 |
| MBR 1st Floor: | N | N | N | N |
| Baths: | 2.5 | 2.500 | 2.500 | 2.500 |
| # Kitchens: | 1 | 1 | 1 | 1 |
| Eat In Kit: | Y | Y | Y | Y |
| Dining Room: | L-Shaped | Formal | Formal | Formal |
| Aprox Int Sqft: | | 1803 | | |
| Basement: | Part | Full | Full | Full |
| Fin Basement: | N | N | | Y |
| # Fireplaces: | | 1 | 0 | 1 |
| Wood Floors: | Y | Y | Y | Y |
| Heating: | Oil, Hw | Oil, Hw | Oil, Hw | Oil, Ha |
| A/C: | Cac | 2 | Cac | Cac |
| Garage: | 2 | 2 | 2 | 2 |
| Driveway: | Pvt | Pvt | Pvt | Pvt |
| Deck: | brck patio | | | N |
| Pool: | | lg | N | N |
| Taxes: | | $12,200 | $10,546 | $12,069 |
| Total Taxes: | $16,075 | $12,200 | $10,546 | $12,069 |
| Appearance: | Excellent | Mint | Excellent | Exc |
| Apx Yr Built: | 1955 | 1955 | 1955 | 1955 |
| New Construc: | N | N | N | N |
| Construction: | Frame/Brck | Brick/Sid | Frame | Brick/Sidi |
| Lot Size: | .15 | 60X100 | 98X100 | 78 X 111 |
| Horse Prop: | | N | | N |
| Waterfront: | N | N | N | N |
| Waterview: | | N | N | N |
| Cul-de-sac: | N | N | | N |
| Adult Comm: | N | N | N | N |
| REO: | N | N | N | N |
| Short Sale: | N | N | N | N |
| LSC: | | CL | CL | CL |
| Listing Date: | | 4/01/2016 | 9/18/2016 | 7/28/2016 |
| Exp Date: | | 6/30/2016 | 12/31/2016 | 2/26/2017 |
| Contract Dte: | | 7/19/2016 | 10/14/2016 | 11/01/2016 |
| Title Date: | | 12/14/2016 | 12/06/2016 | 12/14/2016 |
| Days On Mkt: | | 109 | 26 | 96 |
| Original LP$: | | $540,000 | $579,000 | $629,000 |
| Listing Price: | | $540,000 | $579,000 | $599,000 |
| Sold Price: | | $525,000 | $549,000 | $590,000 |

# Comparable Summary

868 Bromton
Westbury, NY 11590

## Subject Property

| ML# | Address | Town | Style | Rooms | Bedrooms | Baths | Suggested Price |
|---|---|---|---|---|---|---|---|
|  | 868 Bromton | Westbury | Split | 7 | 3 | 2.5 |  |

## Recently Sold

| ML# | Address | Town | Style | Rms | Br | Bth | List Price | Sold Price | % Dif | List Date | Cont Date | Title Date | DOM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2840511 | 1822 Kent St | Westbury | Split | 7 | 3 | 2.5 | $540,000 | $525,000 | 2.80% | 4/01/2016 | 7/19/2016 | 12/14/2016 | 109 |
| 2884294 | 765 Regent Dr | Westbury | Split | 7 | 3 | 2.5 | $579,000 | $549,000 | 5.20% | 9/16/2016 | 10/14/2016 | 12/06/2016 | 26 |
| 2872176 | 862 Wellington Rd | Westbury | Split | 7 | 3 | 2.5 | $599,000 | $590,000 | 1.50% | 7/28/2016 | 11/01/2016 | 12/14/2016 | 96 |
|  | # Properties: 3 | Averages: |  | 7 | 3 | 2.5 | $572,667 | $554,667 | 3.20% |  |  |  | 77 |

4

# Recently Sold

**1822 Kent St, Westbury, NY 11590** — **Sold Price: $525,000**

| | |
|---|---|
| ML#: 2840511  Res  1 Family, Det  LSC: CL | |
| Sec/Area: | Split |
| Devel: Salisbury | Rooms: 7 |
| Schools: 3  East Meadow | Br: 3  MBR 1st Floor: N |
| Taxes: $12,200.00  Vill Tax: | Baths Full: 2 |
| Total Taxes: $12,200.00 | Baths Half: 1 |
| Taxes w/Basic STAR: $1,271.00 | Basement: Full |
| Dis:  Sec: 45 | Finished Bsmt: N |
| Block: 35  Lot: 9 | Lot Size: 60X100 |
| Adult Comm: N  Gated Prop: | Lot Sqft: 6000 |
| Beach Rts:  Dock Rts: | Zoning: |

Cross Street: Salisbury Pk Dr
Directions: Salisbury Parkway Drive To Kent Street
Walk Score®: 68

**Property Description:** Located In Salisbury Estate W/East Meadow Schools!! This Gorgeous Split Features A Beautiful In- Ground Gunite Heated Swimming Pool, Three Bedroom With 2.5 Bath's. Spacious Lr W/Wood Burning Fireplace, Fdr, Eik With Granite Counters & Island , Mbr W/Nu Bath. 2 More Lge Bedrooms! Hardwood Flrs. Family Rm With .5 Bath And Sliding Doors That Leads To Backyard. Close To All!

| Property Info | Rooms/Interior | Appliances/Utilities | Exterior |
|---|---|---|---|
| Appx Yr Built: 1955 | # Kitchens: 1 | Stove: Y | Garage: 2, Att |
| New Construct: N | Eat In Kitchen: Y | Refrigerator: Y | Driveway: Pvt |
| Constr: Brick/Sid | DiningRm: Formal | Dishwasher: Y | Porch: |
| Front Expose: | Den/Fam Rm: Y | Washer: Y | Patio: Cement |
| Cul-De-Sac: N  Corner: N | Office: N | Dryer: Y | Deck: |
| Horse Prop: N | Attic: Y | A/C: 2 | Pool: Ig, Lg, Heated Gunite |
| Appearance: Mint | Apx Int Sqft: | Heat: Oil, Hw | Tennis Ct: |
| Waterfront: N | Wood Flrs: Y | Heat Zones: 1 | Ing Sprink: Yes |
| Waterview: N | W/W Carpet: N | Sep HW Heater: Y | Building Size: |
| Water Frtage: | Fireplaces: 1 | | Water: Public |
| Bulkhead: | Skylight: 2 | | Sewer: Y |

Bsmt/Subfl: Washer/Dryer, Sep Hot Water Heater, Lots Of Storage, 200 Amps.  Also For Rent: N
1st Floor: Eh, Living Roomw/Wood Burning Fireplace, Fdr, Eik W/Skyl  Rental Income:
2nd Floor: Mbrw/Updated Bath, 2 Additional Bedrooms, And Full Bath  Short Sale: N
3rd Floor: Lower Level Has Large Family Room With 1/2 Bath  REO: N
Personal Property Exclusions:
Energy Efficient Features: N

| | |
|---|---|
| List Date: 4/01/2016 | Original LP: $540,000 |
| Under Contract Date: 7/19/2016 | Prior LP: |
| Prop Title Date: | List Price: $540,000 |
| Title Date: 12/14/2016 | Contract Price: $525,000 |
| Withdrwn/Rel Date: | Sold Price: $525,000 |
| Comm Oblig Date: | % Difference: 2.8 |
| Relist Oblig Date: | Final Mort: |
| W/R Conditions: | |



# Recently Sold

## 765 Regent Dr, Westbury, NY 11590 — Sold Price: $549,000

| | |
|---|---|
| ML#: 2884294    Res    1 Family, Det    LSC: CL | |
| Sec/Area: Salisbury Estates | Split |
| Devel: | Rooms: 7 |
| Schools: 3    East Meadow | Br: 3    MBR 1st Floor: N |
| Taxes: $10,546.00    Vill Tax: | Baths Full: 2 |
| Total Taxes: $10,546.00 | Baths Half: 1 |
| Taxes w/Basic STAR: $9,275.00 | Basement: Full |
| Dis:    Sec: 45 | Finished Bsmt: |
| Block: 549    Lot: 10 | Lot Size: 98X100 |
| Adult Comm: N    Gated Prop: | Lot Sqft: 9600 |
| Beach Rts:    Dock Rts: | Zoning: |

Cross Street: Westbury Rd
Directions: Old Country Rd To Westbury Rd To Regent Dr
Walk Score®: 51

**Property Description:** Nice Split In Salisbury Estates/East Meadow Schools On Oversized Property With 3 Bedrooms, 2.5 Baths, Updated Roof, Siding And Gutters, New Oil Tank, Inground Sprinkers, New Windows, Hardwood Floors, 2 Updated Baths, Country Kitchen, Alarm System And 2 Car Garage.

| Property Info | Rooms/Interior | Appliances/Utilities | Exterior |
|---|---|---|---|
| Appx Yr Built: 1955 | # Kitchens: 1 | Stove: Y | Garage: 2, Att |
| New Construct: N | Eat In Kitchen: Y | Refrigerator: Y | Driveway: Pvt |
| Constr: Frame | DiningRm: Formal | Dishwasher: Y | Porch: |
| Front Expose: | Den/Fam Rm: Y | Washer: Y | Patio: Yes |
| Cul-De-Sac:    Corner: | Office: N | Dryer: Y | Deck: |
| Horse Prop: | Attic: Y | A/C: Cac | Pool: N |
| Appearance: Excellent | Apx Int Sqft: 1803 | CAC Zones: | Tennis Ct: |
| Waterfront: N | Wood Flrs: Y | Heat: Oil, Hw | Ing Sprink: Yes |
| Waterview: N | W/W Carpet: Y | Heat Zones: | Building Size: |
| Water Frtage: | Fireplaces: 0 | Sep HW Heater: | Water: Public |
| Bulkhead: | Skylight: | | Sewer: |

Bsmt/Subfl: Full
1st Floor: Den, 1/2 Bath, 2 Car Garage
2nd Floor: Lr, Dr, Eik
3rd Floor: 3 Br's, 2 Full Baths
Personal Property Exclusions:
Energy Efficient Features: N

Also For Rent: N
Rental Income:
Short Sale: N
REO: N

List Date: 9/18/2016
Under Contract Date: 10/14/2016
Prop Title Date:
Title Date: 12/06/2016
Withdrwn/Rel Date:
Comm Oblig Date:
Relist Oblig Date:
W/R Conditions:

Original LP: $579,000
Prior LP:
List Price: $579,000
Contract Price: $549,000
Sold Price: $549,000
% Difference: 5.2
Final Mort:





# Recently Sold

| 862 Wellington Rd, Westbury, NY 11590 | | Sold Price: $590,000 | |
|---|---|---|---|
| | ML#: 2872176    Res | 1 Family, Det | LSC: CL |
| | Sec/Area: Salisbury Estates | Split | |
| | Devel: | Rooms: 7 | |
| | Schools: 3    East Meadow | Br: 3 | MBR 1st Floor: N |
| | Taxes: $12,068.59    Vill Tax: $0.00 | Baths Full: 2 | |
| | Total Taxes: $12,068.59 | Baths Half: 1 | |
| | Taxes w/Basic STAR: $10,797.59 | Basement: Full | |
| | Dis:    Sec: 45 | Finished Bsmt: Y | |
| | Block: 54    Lot: 2 | Lot Size: 78 X 111 | |
| | Adult Comm: N    Gated Prop: | Lot Sqft: 8658 | |
| | Beach Rts:    Dock Rts: | Zoning: | |

Cross Street: Stratford Dr.  
Directions: Westbury Rd To Roxbury Dr. To Wellington Rd.  
Walk Score®: 56

Property Description: Location! Location!! Lovely, Spacious Split-Level Home In Prime Salisbury Estates; 3 Spacious Bed Rooms, 2.5 Baths, Huge Living Room With Cathedral Ceilings, Formal Dining Room, Updated Eat-In Kitchen, Large Family Room, Full Finished Basement/Laundry Area, Lots Of Storage Space, 2 Car Attached Garage; Updated Windows, All Hardwood Floors; Huge Private Backyard. Low Taxes!

| Property Info | Rooms/Interior | Appliances/Utilities | Exterior |
|---|---|---|---|
| Appx Yr Built: 1955 | # Kitchens: 1 | Stove: Y | Garage: 2, Att |
| New Construct: N | Eat In Kitchen: Y | Refrigerator: Y | Driveway: Pvt |
| Constr: Brick/Sidi | DiningRm: Formal | Dishwasher: Y | Porch: N |
| Front Expose: | Den/Fam Rm: Y | Washer: Y | Patio: Y |
| Cul-De-Sac: N    Corner: | Office: N | Dryer: Y | Deck: N |
| Horse Prop: N | Attic: Y | A/C: Cac | Pool: N |
| Appearance: Exc | Apx Int Sqft: | CAC Zones: | Tennis Ct: N |
| Waterfront: N | Wood Flrs: Y | Heat: Oil, Ha | Ing Sprink: Y |
| Waterview: N | W/W Carpet: N | Heat Zones: 1 | Building Size: |
| Water Frtage: | Fireplaces: 1 | Sep HW Heater: Y | Water: Public |
| Bulkhead: | Skylight: | | Sewer: Y |

Bsmt/Subfl: Full Finished, Storage, Laundry Area  
1st Floor: Den, Half Bath, 2 Car Garage  
2nd Floor: Living Room, Dining Room, Eat-In Kitchen  
3rd Floor: Master Bed Room With Full Bath, 2 Bed Rooms, Full Bath  
Personal Property Exclusions: Light Fixtures In Lr, Dr, Mbr  

Also For Rent: N  
Rental Income:  
Short Sale: N  
REO: N  

Energy Efficient Features: N

List Date: 7/28/2016  
Under Contract Date: 11/01/2016  
Prop Title Date: 12/01/2016  
Title Date: 12/14/2016  
Withdrwn/Rel Date:  
Comm Oblig Date:  
Relist Oblig Date:  
W/R Conditions:  

Original LP: $629,000  
Prior LP: $619,000  
List Price: $599,000  
Contract Price: $599,000  
Sold Price: $590,000  
% Difference: 1.5  
Final Mort:



# Map



## Subject Property

| | ML# | Address | Town | Style | Rooms | Bedrooms | Baths | Suggested Price |
|---|---|---|---|---|---|---|---|---|
| ! | | 868 Bromton | Westbury | Split | 7 | 3 | 2.5 | |

## Comparables

| # | ML# | Address | Town | Style | Rooms | Bedrooms | Baths | Price | LSC |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2840511 | 1822 Kent St | Westbury | Split | 7 | 3 | 2.5 | $540,000 | CL |
| 2 | 2884294 | 765 Regent Dr | Westbury | Split | 7 | 3 | 2.5 | $579,000 | CL |
| 3 | 2872176 | 862 Wellington Rd | Westbury | Split | 7 | 3 | 2.5 | $599,000 | CL |

! Indicates this property cannot be mapped.



# Market Statistics Report

868 Bromton
Westbury, NY 11590

**Subject Property**

868 Bromton

$0    $150,000    $300,000    $450,000    $600,000

**Recently Sold**

1822 Kent St
765 Regent Dr
862 Wellington Rd

$0    $150,000    $300,000    $450,000    $600,000

## Days on Market Report



Recently Sold
- 1822 Kent St
- 765 Regent Dr
- 862 Wellington Rd

DOM0    DOM30    DOM60    DOM90    DOM120