

700 Crossroads Building
2 State Street, Rochester, New York 14614

P 585.987.2800    F 585.454.3968

ATTORNEYS
woodsoviatt.com

1900 Main Place Tower
Buffalo, New York 14202

P 716.248.3200    F 716.854.5100

Default Service Direct Dial: 855-227-5072
E-mail: afugate@woodsoviatt.com

January 23, 2018

Honorable Robert E. Grossman
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, NY 11722

      Re:    Margaret A Trusch Boyko aka Margaret A Trusch aka Margaret A Boyko
      Case No.    8-17-71300-reg
      Property Address:    868 Bromton Drive, Westbury, NY 11590

Dear Honorable Robert E. Grossman:

The Secured Creditor, Wells Fargo Bank, N.A., hereby withdraws the Motion for relief from stay scheduled to be heard January 29, 2018 at 9:30 a.m.

If you have any further questions, please feel free to contact me.

Very truly yours,

WOODS OVIATT GILMAN LLP

/s/ Aleksandra K. Fugate, Esq.

Aleksandra K. Fugate, Esq.

Cc:    Michael J Macco
        Margaret A Trusch Boyko
        John P. Boyko
        Kenneth P Silverman
        United States Trustee