| **Information to identify the case:** | |
|---|---|
| Debtor 1 **Margaret A Trusch Boyko** <br> First Name    Middle Name    Last Name | Social Security number or ITIN **xxx–xx–2633** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) <br> First Name    Middle Name    Last Name | Social Security number or ITIN _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Eastern District of New York** | |
| Case number: **8–17–71300–reg** | |

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

- Kenneth P Silverman (Trustee) is discharged as trustee of the estate of the above−named debtor(s).
- The Chapter 7 case of the above−named debtor(s) is closed.

s/ Robert E. Grossman <br>
United States Bankruptcy Judge

Dated: January 31, 2018

**BLfnld7** [Final Decree 7 rev 12/01/15]